1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA GAINES,

              Plaintiff,

     v.

SAN FRANCISCO COUNTY JAIL #1
MEDICAL DEPARTMENT,

            Defendant.

Case No.  14-cv-04820-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

       Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that he was assaulted while at San Francisco County Jail.  Court records indicate that plaintiff previously filed another action with the same allegations regarding the same incident.  *See Gaines v. San Francisco Sheriff Department Medical Staff*, Case No. 14-cv-2142 JD.  That case was dismissed with leave to amend because plaintiff failed to provide sufficient details about the assault or identify any specific defendants and their actions.  Plaintiff failed to file an amended complaint or otherwise communicate with the Court, so the case was dismissed and closed for failure to state a claim.

       The instant case is **DISMISSED** as duplicative.  *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).  The motion to proceed in forma pauperis (Docket No. 2) is **DENIED** and no fee is due.

       If plaintiff wishes to proceed with the underlying claims, he must file a motion for reconsideration in Case No. 14-cv-2142 JD seeking to reopen the case and he must explain why he failed to respond to the Court's order.  He must also file an amended complaint in that action addressing the deficiencies described by the Court.

       **IT IS SO ORDERED**.

Dated: December 4, 2014

_____

JAMES DONATO
United States District Judge

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    DANA GAINES,                                Case No.  14-cv-04820-JD

               Plaintiff,
8
                                                 **CERTIFICATE OF SERVICE**
       v.
9
10   SAN FRANCISCO COUNTY JAIL #1
     MEDICAL DEPARTMENT,

11            Defendant.

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
13

14        That on 12/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Dana  Gaines
     850 Bryant Street
18   #418913
     San Francisco, CA 94103
19

20

21   Dated: 12/4/2014

22

23                                               Richard W. Wieking
                                                 Clerk, United States District Court
24

25

26   By: *Lisa R. Clark*
     LISA R. CLARK, Deputy Clerk to the
27   Honorable JAMES DONATO

28

                                              2